■ In the Matter of ANDREW B., a Person Alleged to be a Juvenile Delinquent, Appellant. [855 NYS2d 370]—Order of disposition, Family Court, Bronx County (Juan M. Merchan, J.), entered on or about May 17, 2007, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of robbery in the second degree, grand larceny

in the fourth degree, criminal possession of stolen property in the fifth degree and menacing in the third degree, and imposed a conditional discharge for a period of 12 months, unanimously affirmed, without costs.

The court's fact-finding determination was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning identification and credibility. The testimony of the victim and eyewitness clearly established that appellant was a participant in the crimes and not a bystander. Concur—Mazzarelli, J.P., Friedman, Sweeny and Moskowitz, JJ.